UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT

| | | |
|---|---|---|
| MARTIN J. WALSH, <br> SECRETARY OF LABOR, <br> UNITED STATES DEPARTMENT OF LABOR, | ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. <br> 5:22-CV-53-D |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | |
| FOOD MANAGEMENT, LLC, d/b/a <br> STEAK 'N SHAKE, | ) <br> ) <br> ) | |
| Respondent. | ) | **DEFAULT** |

The default of Food Management, LLC, d/b/a, Steak 'N Shake, Defendant in the above action, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a) for the reason that said Defendant has failed to plead or otherwise defend as provided by court rules as appears from the affidavit supporting entry of default.

6-15-2022
Date

_____
Clerk of Court